**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

REMEDIOS CEDILLO,

     Plaintiff,

v.                               Case No. 14:CV-00244-GBW-CG

DONALD JORDAN, SHIRLEY JORDAN and
BERRYESSA PROPERTIES, LLC,

     Defendants.

### DEFENDANT BERRYESSA PROPERTIES, LLC'S
### CORPORATE DISCLOSURE STATEMENT

     Defendant Berryessa Properties, LLC, by and through its counsel of record,

ARCHIBEQUE LAW FIRM, LLC, hereby files this corporate disclosure statement pursuant to

Federal Rule of Civil Procedure 7.1.

     Berryessa Properties, LLC, is a privately owned company.

     DATED this 21st day of March, 2014.

                           Respectfully submitted,

                           ARCHIBEQUE LAW FIRM, LLC

                           */s Ronald C. Archibeque*_____
                           Ronald C. Archibeque
                           P.O. Box 94837
                           Albuquerque, NM 87199- 4837
                           (505) 750-2363
                           Fax: 505/792-6084
                           *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014, I filed the foregoing pleading electronically through the CM/ECF system, and served the following counsel by U.S. mail:

Glen L. Houston, Esq.
1304 W. Broadway Place
Hobbs, NM 88240
(575) 393-0567
*Attorney for Plaintiff*

*/s/ Ronald C. Archibeque*
Ronald C. Archibeque