IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REMEDIOS CEDILLO,

    Plaintiff,

v.                                              Case No. 2:14-cv-00244-MCA-CG

DONALD JORDAN, SHIRLEY JORDAN and
BERYESSA PROPERTIES, LLC,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Defendants' First Supplemental Disclosure Statement was served via USPS mail on September 4, 2014 to counsel as follows:

    Glen L. Houston, Esq.
    1304 W. Broadway Place
    Hobbs, NM 88240
    *Attorney for Plaintiff*

                                                    Respectfully submitted,

                                                    ARCHIBEQUE LAW FIRM, LLC

                                                    */s/ Ronald C. Archibeque*_____
                                                   Ronald C. Archibeque
                                                   Lalita Devarakonda
                                                   P.O. Box 94837
                                                   Albuquerque, NM 87199
                                                   (505) 750-2363
                                                   Fax: 505/792-6084
                                                   *Attorneys for Defendants*

THIS IS TO CERTIFY that a true and correct copy of the foregoing pleading was served via the CM/ECF system on this 4th day of September, 2014 to counsel as follows:

Glen L. Houston, Esq.
1304 W. Broadway Place
Hobbs, NM 88240
(575) 393-0567
*Counsel for Plaintiff*

*/s/ Ronald C. Archibeque*
Ronald C. Archibeque